USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

  -against-

JOHN GERACI,

           Defendant.
---------------------------------- X

No. 18 Civ. 6432 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

On May 21, 2019, the Court granted the unopposed motion of Intervenor United States of America to stay this action until the conclusion of the parallel criminal case, United States v. Geraci, 18 Cr. 715 (AJN) (S.D.N.Y.). On January 24, 2020, Judge Nathan entered judgment in the criminal case, sentencing Defendant to a total term of imprisonment of 24 months and imposing an order of restitution in the total amount of $1,098,971.38.

Accordingly, by no later than March 20, 2020, Plaintiff is directed to advise the Court of the status of this case and whether it intends to request that the stay be lifted so it may pursue its claims against Defendant.

**SO ORDERED.**

Dated: New York, New York
       February 20, 2020

*/s/ John F. Keenan*
John F. Keenan
United States District Judge